Commonwealth *v.* Zaborowski, Appellant.

Argued November 12, 1973. *Stephen P. Swem,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth ex rel. Beinhauer et al.,
Appellants, *v.* Jones.

Argued November 14, 1973. *Harold Gondelman,* with him *Baskin, Boreman, Wilner, Sachs, Gondelman & Craig,* for appellants; *Richard H. Galloway,* with him *Ackerman & Galloway,* for appellee.

Order and decree affirmed.

SPAULDING, J., absent.